UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE BOND,

     Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER CORP.
d/b/a Amtrak,

     Defendant.

**ORDER**

18 Civ. 9707 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the conference previously scheduled for January 17, 2020 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
    January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge