UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Bond,

        Plaintiff,

-against-

National Railroad Passenger Corporation d/b/a Amtrak,

        Defendant.

1:18-cv-09707 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 19.) The parties are directed to confer and, no later than Wednesday, February 26, 2020, file a joint letter indicating whether they wish to participate in a settlement conference and, if so, proposing at least three mutually-agreeable dates for the conference to be held.

**SO ORDERED.**

DATED:    New York, New York
             February 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge