UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steve Bond,

                Plaintiff,

-against-

National Railroad Passenger Corporation d/b/a Amtrak,

                Defendant.

1:18-cv-09707 (PGG) (SDA)

ORDER RESCHEDULING
<u>SETTLEMENT CONFERENCE</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020

**STEWART D. AARON, United States Magistrate Judge:**

    Due to recent public health concerns, the settlement conference scheduled for April 14, 2020, is hereby adjourned until Tuesday, July 7, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
              March 31, 2020

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge